# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **MOWLIID ABDINUR AHMED,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 4:16-cv-02021-RDP-TMP |
| | ) |
| **JEH CHARLES JOHNSON,** *et al.*, | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

On February 2, 2017, the Magistrate Judge filed his Report and Recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be dismissed as moot. To date, no objections have been filed by either party.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the report is due to be and hereby is **ADOPTED**, and the recommendation is **ACCEPTED**. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2241 in the above-styled cause is due to be **DISMISSED as MOOT**. An order of final judgment will be entered contemporaneously herewith.

**DONE** and **ORDERED** this _____22nd_____ day of February, 2017.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE